DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Apple<br><br>Case below:<br>182 N.C. App. ——<br>(3 April 2007) | No. 195P07 | 1. Def's Petition for Writ of Supersedeas (COA06-652).<br><br>2. Def's NOA Based Upon a Constitutional Question<br><br>3. AG's Motion to Dismiss Appeal<br><br>4. Def's PDR Under N.C.G.S. § 7A-31 | 1. Denied 08/23/07<br><br>2. ——<br><br>3. Allowed 08/23/07<br><br>4. Denied 08/23/07 |
| State v. Belcher<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 306P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-982) | Denied 08/23/07 |
| State v. Blair<br><br>Case below:<br>181 N.C. App. 236 | No. 081P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-515)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 08/23/07<br><br>3. Denied 08/23/07 |
| State v. Borges<br><br>Case below:<br>183 N.C. App. ——<br>(15 May 2007) | No. 282P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-476) | Denied 08/23/07 |
| State v. Bowman<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 327P07 | 1. Def's PDR Under N.C.G.S. 7A-31 (COA06-463)<br><br>2. Def's PWC to Review the Decision of the COA | 1. Denied 08/23/07<br><br>2. Denied 08/23/07 |
| State v. Broadnax<br><br>Case below:<br>145 N.C. App. 204 | No. 293P07 | 1. Def's Motion for NOA Under Sec. 7A-30(1) (Constitutional Question) (COA00-1103)<br><br>2. Def's Motion for PDR Under Sec. 7A-31 (c) (1) & (2) | 1. Dismissed *ex mero motu* 08/23/07<br><br>2. Dismissed 08/23/07 |
| State v. Bullock<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 445P02-4 | 1. Def's NOA Based Upon a Constitutional Question (COA04-665-2)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 08/23/07<br><br>3. Denied 08/23/07<br><br>**Hudson, J., Recused** |